PETER J. BELLIAS, *ET AL.*, PLAINTIFFS-RESPONDENTS-CROSS-PETITIONERS, v. EDWIN HOFFMAN, DEFENDANT - PETITIONER - CROSS - RESPONDENT, AND THE FRANKLIN LIFE INSURANCE COMPANY, *ETC.*, DEFENDANT-RESPONDENT-CROSS-RESPONDENT.

*Messrs. Breslin & Breslin* and *Mr. Charles Rodgers* for the petitioner.

*Messrs. Shavick, Stern, Schotz, Steiger & Croland* and *Mr. Richard H. Miller* for cross-petitioners.

*Messrs. McCarter & English, Mr. Eugene M. Haring* and *Mr. Alfred L. Ferguson* for the respondents.

June 30, 1969. Denied.

DANIEL J. LOGAN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. THE TOWNSHIP COMMITTEE OF THE TOWNSHIP OF EAST HANOVER, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Bloom & Drobner* for the petitioners.

*Messrs. Corbin, Hoyt & Jeffers* for the respondents.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CORNELL BECTON, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Daniel R. Coburn* for the petitioner

*Mr. A. Donald Bigley* and *Mr. Rudolph J. Rosetti* for the respondent.

June 30, 1969. Denied.